E-FILING

1   Lisa M. Martens (SBN 195824)
    Gregory M. Krakau (SBN 248607)
2   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
3   Redwood City, California 94063-1526
    Telephone: (650) 839-5070
4   Facsimile: (650) 839-5071

5

6   Attorneys for Plaintiff
    INTEL CORPORATION

ADR

Filed

JUL 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8

9                UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11               (SAN JOSE DIVISION)

| | |
|---|---|
| INTEL CORPORATION,<br>a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>INTELAGENTS, LLC,<br>a Maryland limited liability company,<br><br>      Defendant. | Civil Case No. C 07 03650<br><br>**COMPLAINT FOR:**<br><br>1. **Trademark Dilution in Violation of the Lanham Act;**<br>2. **Trademark Dilution in Violation of Cal. Bus. & Prof. Code § 14330;**<br>3. **Trademark Infringement in Violation of the Lanham Act;**<br>4. **Trade Name Infringement in Violation of the Lanham Act;**<br>5. **False Designation of Origin in Violation of the Lanham Act;**<br>6. **Common Law Trademark Infringement and Unfair Competition; and**<br>7. **Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200, et seq.**<br><br>**DEMAND FOR JURY TRIAL** |

23      Plaintiff Intel Corporation ("Intel" or "Plaintiff"), by its attorneys, for its Complaint

24   against Defendant IntelAgents, LLC ("IntelAgents" or "Defendant"), states as follows:

25                     **INTRODUCTION**

26

27      1.    This action arises out of Defendant's unauthorized use of one of the most famous

28   trademarks in the world—INTEL®—as a key component of its trade name and service mark for

COMPLAINT
Case No.

1  consulting and investigation services. In short, Defendant, without Intel's authorization or
2  approval, has adopted and used a trade name and service mark that wholly and prominently
3  incorporates Plaintiff's famous INTEL mark. Defendant's unauthorized use of the name
4  IntelAgents is likely to dilute and/or has diluted the distinctiveness of the world-famous INTEL
5  mark. Additionally, Defendant's unauthorized use of the name IntelAgents is likely to cause
6  confusion as to whether Intel is the source or sponsor of Defendant's services, whether Intel
7  endorses or approves Defendant's services, and/or whether there is an association between Intel and
8  Defendant and/or their respective products and services. Therefore, Intel asserts the causes of
9  action set forth herein, and seeks, among other things, preliminary and permanent injunctive relief,
10 and disgorgement of profits resulting from Defendant's use of the IntelAgents trade name and
11 service mark in violation of the Federal Trademark Dilution Act of 1995 (15 U.S.C. § 1125(c)), the
12 Lanham Act (15 U.S.C. §§ 1051-1127, *et seq.*), state statutory law and the common law doctrines of
13 unfair competition and trademark infringement.

## JURISDICTION AND VENUE

15     2.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and
16 28 U.S.C. §§ 1331, 1332, 1338 and 1367. Intel's claims are, in part, based on violations of the
17 Lanham Act, as amended, 15 U.S.C. §§ 1051-1127, *et seq.* The Court has jurisdiction over the state
18 law claims asserted herein pursuant to 28 U.S.C. §§ 1332, 1338(b) and 1367.

19     3.    Venue lies in the Northern District of California pursuant to 28 U.S.C. §§ 1391(b)
20 and (c). On information and belief, Defendant transacts business in this judicial district and may
21 otherwise be found here, and a substantial part of the activities giving rise to the claims asserted
22 herein occurred in and are continuing in this judicial district.

## THE PARTIES

24     4.    Plaintiff Intel is a Delaware corporation having its principal place of business at 2200
25 Mission College Boulevard, Santa Clara, California. Intel develops, manufactures and sells a broad
26 spectrum of high-technology, state-of-the-art products and services, ranging from the bedrock
27 "ingredients" of computing architecture and personal computers, to computing, networking, security
28 and telecommunications products. Intel's product offerings include data encryption, compression

COMPLAINT
Case No.

1    and security products, digital imaging and transmission products, networking products, and
2    products for use in wireless telecommunications. Intel is widely recognized as a world leader in
3    high-technology products and services. Intel's products and services are sold throughout the United
4    States, including in this judicial district.

5        5.    On information and belief, Defendant is a Maryland limited liability company with a
6    place of business in Stevensville, Maryland. On information and belief, Defendant uses the
7    IntelAgents name in connection with the offering and performance of investigative and consulting
8    services nationwide, including in California and in this Judicial District. On information and belief,
9    Defendant also uses the IntelAgents name in connection with a website located at
10   <http://www.intelagents.net>.

11                          **INTEL'S BUSINESS AND MARKS**

12       6.    Intel develops, manufactures, and sells a variety of computing, communications, and
13   Internet-related software and hardware products. Intel also offers and sells services related to its
14   products. Intel's customers and/or ultimate purchasers have included individual consumers,
15   businesses, schools, computer manufacturers, industrial manufacturers, telecommunications
16   equipment manufacturers, the United States Government, the aircraft industry and the military,
17   among others.

18       7.    For more than 35 years, Intel has used INTEL as a trade name, trademark and service
19   mark throughout the United States and the world to identify virtually its entire line of products and
20   services. INTEL is one of the most valuable and respected names and trademarks in the world, and
21   among the most famous names and trademarks in the technology industry. As early as 1993,
22   *Financial World* ranked the INTEL brand as third, behind Coca-Cola and Marlboro. Similarly,
23   every year from 1995 to 2000, *Fortune* magazine recognized Intel as one of the top ten "Most
24   Admired Corporations in America"—an honor Intel has shared alongside such companies as
25   General Electric, Microsoft and Coca-Cola. In 2006, the INTEL brand was ranked fifth in
26   Interbrand's World's Most Valuable Brands Survey, with an estimated value of $32.3 billion.

27       8.    Intel uses INTEL as its "house mark" on or in connection with virtually every
28   product and service it sells. In 2006 alone, Intel sold $35.3 billion of INTEL branded goods and

                                    3                        COMPLAINT
                                                             Case No.

services and, in the decade ending with 2006, Intel has sold more than $306 billion of products and services under the INTEL name and mark. In addition, Intel sells directly to the public, through its website at www.theintelstore.com, a variety of non-technology related goods under its INTEL brand, including clothing, accessories, toys, stationery, luggage and traveling gear, watches, key rings, pens and pencils, mugs, and water bottles.

9.    Intel is the owner of numerous U.S. trademark registrations for the mark INTEL, including the following:

(a)    Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772, issued on June 15, 1971, and July 25, 1972, respectively, for the mark INTEL for use in connection with integrated circuits, registers and semiconductor memories and equipment for the testing and programming thereof. These registrations, duly and legally issued by the United States Patent and Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. Copies of these registrations are attached hereto as Exhibits A and B.

(b)    Intel is the owner of U.S. Trademark Registration No. 939,641, issued on August 1, 1972, for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor memories. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit C.

(c)    Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October 14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and microprocessors. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL

COMPLAINT
Case No.

1    mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as
2    Exhibit D.

3         (d)    Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued
4    on July 7, 1998, for the mark INTEL for use in connection with, among other things,
5    computer operating system software, computer hardware, integrated circuits, integrated
6    circuit chips, microprocessors, printed circuit boards, video circuit boards, audio-video
7    circuit boards, video graphic accelerators, multimedia accelerators, video processors,
8    computer hardware and software for the development, maintenance, and use of
9    interactive audio-video computer conference systems, and computer hardware and
10   software for the receipt, display and use of broadcast video, audio and data signals. This
11   registration, duly and legally issued by the United States Patent and Trademark Office, is
12   valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of
13   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this
14   registration is attached hereto as Exhibit E.

15        (e)    Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued
16   on April 24, 2001, for the mark INTEL for use in connection with, among other things,
17   computers, computer hardware, software for use in operating and maintaining computer
18   systems, microprocessors, integrated circuits, computer chipsets, computer
19   motherboards, computer graphics boards, computer networking hardware, computer
20   peripherals, video apparatus, video circuit boards, apparatus and equipment for
21   recording, processing, receiving, reproducing, transmitting, modifying, compressing,
22   decompressing, broadcasting, merging and/or enhancing sound, video images, graphics,
23   and data, electronic control boxes for the interface and control of computer and global
24   computer networks with television and cable broadcast equipment, video conferencing
25   equipment, computer programs for recording, processing, receiving, reproducing,
26   transmitting, modifying, compressing, decompressing, broadcasting, merging, and/or
27   enhancing sound, video, images, graphics, and data, and video conferencing equipment.
28   This registration, duly and legally issued by the United States Patent and Trademark

5

COMPLAINT
Case No.

Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit F.

(f)     Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19, 2001, for the mark INTEL for, among other things, digital cameras and PC cameras, computer hardware and software for use in imaging and photographic applications; CD ROMs for imaging and photographic applications, imaging sensors; interactive multimedia computer game programs, and interactive video game programs. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit G.

(g)     Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25, 2002, for the mark INTEL for, among other things, computer services including computer web site design services, development of interactive web pages, development of local and wide area computer networks, computer diagnostic services, provision of electronic information services, electronic bulletin board services, computer hardware, installation and repair services and education services in the field of computers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

(h)     Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on December 26, 1989, for the mark INTEL for use in connection with printed material, namely technical manuals, pamphlets, user and product manuals, all of which relate to the field of information and data technology and semiconductor devices. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

6

registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit I.

(i)    Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, not paper, note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens and stationery folders, plastic key chain tags, mugs and water bottles sold empty, jigsaw puzzles, golf balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

(j)    Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on October 20, 1992, for the mark INTEL for use in connection with, among other things, sport bags, gym bags and carry-on bags; towels and clothing. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit K.

(k)    Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on October 6, 1998, for the mark INTEL for use in connection with printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with and directed to users of, computer operating system software; computer operating programs; computer system extensions; computer system tools; computer system utilities; computer application software; computer firmware; computer hardware; computer peripherals; computer components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory devices; semiconductor memory devices; video circuit boards; audio circuit

COMPLAINT
Case No.

boards; audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit L.

(l)     Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8, 1999, for the mark INTEL for use in connection with clocks, belt buckles, jewelry, charms, cuff links, earrings, key chains, necklaces, bracelets, necktie fasteners, lapel pins, money clip pendants, piggy banks, tie pins, trophies and watches. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit M.

(m)     Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8, 1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars, tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders, paperweights, pen and pencil holders, photograph stands, rulers, erasers, markers, desk sets, and desk organizers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit N.

(n)     Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1, 1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs, beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit O.

(o)     Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15, 1999, for the mark INTEL for use in connection with T-shirts, shirts, beachwear, loungewear, sweaters, sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging suits, neckties, polo shirts, scarves and infant rompers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit P.

(p)     Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on July 13, 1999, for the mark INTEL for use in connection with toys, namely, stuffed toys, toys, plush toys, dolls, bean bags, games, namely board games, stand alone video games, and Christmas tree ornaments. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Q.

(q)     Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on September 7, 1999, for the mark INTEL for use in connection with mugs and sports bottles. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065.

COMPLAINT
Case No.

Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit R.

(r)     Intel is the owner of U.S. Trademark Registration No. 2,742,174 issued on July 29, 2003, for the mark INTEL for use in connection with computer-related and communications-related services, namely, installation, repair, maintenance, support and consulting services for computer-related and communications-related goods; providing information in the field of computer technology via the global computer network; providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the fields of computer and information technology; designing and developing standards for others in the design and implementation of computer software, computer hardware and telecommunications equipment. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit S.

(s)     Intel is the owner of U.S. Trademark Registration No. 3,029,954 issued on December 13, 2005, for the mark INTEL for use in connection with semiconductor and microprocessor cartridges; Internet and web servers; wireless and remote computer peripherals; computer hardware and software for enabling web portals; computer hardware and software for digital encryption, identification and certification; computer hardware and software to enable remote encrypted networking; computer hardware and software to enable secure data transmission via networks, the Internet and world wide web; computer consultation services, namely, web design and development services; Internet and web data services, namely digital identification and certification services; application service provider services, namely hosting computer software applications of others. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit T.

10

(t)    Intel is the owner of U.S. Trademark Registration No. 3,136,102 issued on August 29, 2006, for the mark INTEL for use in connection with telecommunication services, namely, electronic and digital transmission of data, documents, audio and video via computer terminals. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit U.

(u)    Intel is the owner of U.S. Trademark Registration No. 3,173,391 issued on November 21, 2006, for the mark INTEL for use in connection with telecommunications consulting services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit V.

10.    In addition to its use of INTEL as a trade name, trademark and service mark, Intel also owns a family of marks that incorporate INTEL as a prominent component of each mark. For example, in late 1991, Intel developed and launched a cooperative advertising and licensing program referred to as the "Intel Inside Program." As part of this program, Intel adopted and began to use the trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo, and to license them for products such as personal desktop computers, laptop computers and workstations that were actually designed with genuine Intel microprocessors. Among Intel's many thousands of OEM ("Original Equipment Manufacturers" a/k/a personal computer manufacturers) licensees worldwide are giants of the computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony. As early as 1992, Intel launched a $250 million brand-advertising campaign to support this very successful licensing and cooperative advertising program. Following the creation and launch of the Intel Inside Program, Intel launched its famous PENTIUM trademark in late 1992 and early 1993, with a well-publicized campaign supported by additional extensive advertising by Intel and its licensees. The INTEL and INTEL INSIDE trademarks were prominently associated with the launch of the PENTIUM mark. Since the Intel Inside Program's launch, Intel's OEM licensees have advertised

11

1    and sold billions of dollars worth of computer products bearing the INTEL INSIDE & SWIRL Logo

2    mark. Intel itself has spent billions of dollars advertising the INTEL and INTEL INSIDE marks. In

3    fact, in 2006 alone, Intel spent approximately $2.3 billion on advertising. Through extensive

4    advertising and promotion by Intel and its licensees, advertisements reflecting the INTEL and

5    INTEL INSIDE marks have likely created an estimated hundreds of millions of impressions.

6        11.    Intel is the owner of numerous U.S. trademark registrations for the mark INTEL

7    INSIDE, including the following:

8        (a)    Intel is the owner of U.S. Trademark Registration No. 1,702,463, issued

9        on July 21, 1992, for the INTEL INSIDE & SWIRL Logo for use in connection with

10       microprocessors. This registration, duly and legally issued by the United States Patent

11       and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C.

12       § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL

13       Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto

14       as Exhibit W.

15       (b)    Intel is the owner of U.S. Trademark Registration No. 1,705,796, issued on

16       August 4, 1992, for the mark INTEL INSIDE for use in connection with microprocessors.

17       This registration, duly and legally issued by the United States Patent and Trademark Office,

18       is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

19       registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of

20       this registration is attached hereto as Exhibit X.

21       (c)    Intel is the owner of U.S. Trademark Registration No. 2,179,209, issued

22       on August 4, 1998, for the INTEL INSIDE mark for use in connection with various

23       computer related products, including computer operating system software, computer

24       operating programs, audio and video graphics, computer firmware, computer hardware,

25       integrated circuits, microprocessors, printed circuit boards, computer memory devices,

26       video circuit boards, audio-video circuit boards, video graphic accelerators, video

27       processors, computer hardware and software for the development, maintenance, and use

28       of local and wide area computer networks, computer hardware and software for the

                                            12                              COMPLAINT
                                                                            Case No.

development, maintenance, and use of interactive audio-video computer conference systems, and computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Y.

(d)    Intel is the owner of U.S. Trademark Registration No. 2,188,280, issued on September 8, 1998, for the INTEL INSIDE & SWIRL Logo for use in connection with computer products including computer operating system software, computer operating programs, audio and video graphics, computer hardware, integrated circuits, microprocessors, printed circuit boards, electronic circuit boards, computer memory devices, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia accelerators, video processors, computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems, and computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Z.

(e)    Intel is the owner of U.S. Trademark Registration No. 2,451,273, issued on May 15, 2001, for the INTEL INSIDE & SWIRL Logo for use in connection with products including computers, computer hardware, software for use in operating and maintaining computer systems, microprocessors, integrated circuits, computer peripherals and electronic apparatus for use with computers, video apparatus, video circuit boards, apparatus and equipment for recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or enhancing sound,

13

COMPLAINT
Case No.

video images, graphics, and data, and computer programs for recording processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging, and/or enhancing sound, video, images, graphics, and data. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit AA.

(f)     Intel is the owner of U.S. Trademark Registration No. 2,198,880 issued on October 20, 1998, for the mark INTEL INSIDE for use in connection with printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with, and directed to users of, computer operating system software; computer operating programs; computer system extensions; computer system tools; computer system utilities; computer application software; computer firmware; computer hardware; computer peripherals; computer components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C.

COMPLAINT
Case No.

§ 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit BB.

(g)    Intel is the owner of U.S. Trademark Registration No. 2,261,580 issued on July 13, 1999, for the mark INTEL INSIDE for use in connection with toys, namely, stuffed toys, plush toys, dolls, bean bags, games, namely, board games, stand alone video games, and Christmas ornaments. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit CC.

(h)    Intel is the owner of U.S. Trademark Registration No. 2,256,061 issued on June 22, 1999, for the mark INTEL INSIDE for use in connection with mugs and sports bottles. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit DD.

(i)    Intel is the owner of U.S. Trademark Registration No. 2,252,046 issued on June 8, 1999, for the mark INTEL INSIDE for use in connection with T-shirts, shirts, beachwear, loungewear, sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging suits, neckties, polo shirts and infant rompers. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit EE.

(j)    Intel is the owner of U.S. Trademark Registration No. 2,289,657 issued on October 26, 1999, for the mark INTEL INSIDE for use in connection with binders, boxes for pens, tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders, photograph stands, rulers, and markers. This

15

registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit FF.

(k)     Intel is the owner of U.S. Trademark Registration No. 2,547,565 issued on March 12, 2002, for the mark INTEL INSIDE & SWIRL Logo for use in connection with computer-related and communications-related services, namely, support and consulting services for computer-related and communications-related goods; providing information in the field of computer technology via the global computer network; providing on-line publications namely books, brochures, white papers, catalogs and pamphlets in the field of computer and information technology; designing and developing standards for others in the design and implementation of computer software, computer hardware and network design services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit GG.

(l)     Intel is the owner of U.S. Trademark Registration No. 2,194,122 issued on October 6, 1998, for the mark INTEL INSIDE & SWIRL Logo for use in connection with printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with and directed to users of, computer operating system software; computer operating programs; computer system extensions; computer system tools; computer system utilities; computer application software; computer firmware; computer hardware; computer peripherals; computer components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators; multimedia

accelerators; video processors; fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals; and computer hardware and software for development, testing, programming, and production of hardware and software. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit HH.

(m)     Intel is the owner of U.S. Trademark Registration No. 2,942,936 issued on April 19, 2005, for the mark INTEL INSIDE & SWIRL Logo for use in connection with computer operating system software; computer operating programs; computer system extensions, tools and utilities in the field of application software for connecting personal computers, networks, telecommunications apparatus and global computer network applications; audio and video graphics for real time information and image transfer, transmission, reception, processing and digitizing; computer hardware; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips; computer hardware, namely microprocessors; printed circuit boards; electronic circuit boards; computer memory hardware; semiconductor memory hardware; video circuit boards; audio circuit boards; audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors; modems; computer hardware and software for the transmission and receipt of facsimiles; computer hardware and software for the development, maintenance, and use of local and wide area computer networks; computer hardware and software for the development, maintenance, and use of interactive audio-video computer conference systems; computer hardware and software

17

COMPLAINT
Case No.

for the receipt, display, and use of broadcast video, audio, and digital data signals; computer network routers; hubs; servers; switches; computer firmware, namely computer operating systems software; computer hardware, namely fixed function servers; computer networking hardware; semiconductor devices; computer hardware and software for creating, facilitating, and managing remote access to and communication with local area networks, virtual private networks, wide area networks and global computer networks; router, switch, hub and server operating software; computer software for use in providing multiple user access to a global computer information network for searching, retrieving, transferring, manipulating and disseminating a wide range of information. computer software tools for the facilitation of third party software applications; computer hardware and software for wireless network communications; and manuals sold as a unit and downloadable from a global computer network; telecommunications via a global network of computers with the exception of satellite communications; multimedia communications and digital communications services, namely, broadcast, transmission, and receipt of interactive and non-interactive audio, video, and digital signals; electronic transmission and receipt of interactive and non-interactive voice, data, images, paging messages, facsimiles, and information; teleconferencing services; videoconferencing services; chat room and instant messaging services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit II.

(n)     Intel is the owner of U.S. Trademark Registration No. 2,594,849 issued on July 16, 2002, for the mark INTEL INSIDE XEON for use in connection with computers; computer hardware; computer workstations, namely processors, central processing units, computer monitors, computer keyboards, computer peripherals, computer printers; notebook and laptop computers; portable computers; microcomputers; computer servers; network servers; computer firmware, namely, computer operating system software, computer utility software and other computer software used to maintain

18

COMPLAINT
Case No.

1    and operate computer system all stored in a computer's read-only memory- ROM- or

2    elsewhere in the computer's circuitry; semiconductors; microprocessors; integrated

3    circuits; microcomputers; computer chipsets; computer motherboards and

4    daughterboards; computer graphics boards; computer and telecommunications

5    networking hardware, namely, computer network adapters, switches, routers and hubs;

6    computer peripherals; computer keyboards, computer mouse devices, namely, computer

7    mice, trackballs, computer joysticks and computer touchpads; computer and video

8    monitors; video circuit boards; computer hardware and software for recording,

9    processing, receiving, reproducing, transmitting, modifying, compressing,

10   decompressing, broadcasting, merging and enhancing sound, video images, graphics, and

11   data; computer software and programs, namely, algorithms for the compression and

12   decompression of data; computer component testing and calibrating apparatus; set-top

13   boxes; computer programs for network management; computer utility programs;

14   computer operating system software; computer programs for recording, processing,

15   receiving, reproducing, transmitting, modifying, compressing, decompressing,

16   broadcasting, merging, and enhancing sound, video, images, graphics, and data;

17   computer programs for web page design; computer programs for accessing and browsing

18   the global computer network and interconnected computer networks; computer hardware

19   and software for use in video conferencing, teleconferencing, document exchange and

20   editing, and software for accessing and transmitting information via cable, radio,

21   microwave and satellite systems; digital and PC cameras; headsets. parts, fittings, and

22   testing apparatus for all the aforesaid goods; and user manuals sold as a unit therewith.

23   This registration, duly and legally issued by the United States Patent and Trademark

24   Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL

25   INSIDE XEON mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

26   attached hereto as Exhibit JJ.

27       (o)      Intel is the owner of U.S. Trademark Registration No. 2,931,701 issued on

28   March 8, 2005, for the mark INTEL INSIDE CENTRINO for use in connection with

19                                                COMPLAINT
                                                  Case No.

computers, computer hardware; semiconductors, microprocessors and semiconductor devices; integrated circuits; computer chipsets; computer motherboards and daughterboards; microcomputers; computer workstations, namely, processors, central processing units, computer furniture, computer monitors, keyboards, computer peripherals, computer printers; software programmable microprocessors; notebook and laptop computers; portable computers; handheld computers; computer peripherals; personal digital assistants; computer software for use in providing multiple user access to a global computer information network for searching, retrieving, transferring, manipulating and disseminating a wide range of information, computer firmware, namely, computer utility software and other computer software used to maintain and operate computer system all stored in a computer's read-only memory (ROM) or elsewhere in the computer's circuitry, and operating system software; computer and telecommunications networking hardware; computer and telecommunications networking software for wireless network communications and connectivity; networking servers; computer network adapters, switches, routers and hubs; wireless and wired modems and communication cards; mobile telephones; and parts therefor. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE CENTRINO mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit KK.

(p)    Intel is the owner of U.S. Trademark Registration No. 2,978,463 issued on July 26, 2005, for the mark INTEL INSIDE CENTRINO & Design for use in connection with computers, computer hardware; semiconductors, microprocessors and semiconductor devices; integrated circuits; computer chipsets; computer motherboards and daughterboards; microcomputers; computer workstations, namely, processors, central processing units, computer furniture, computer monitors, keyboards, computer peripherals, computer printers; software programmable microprocessors; notebook and laptop computers; portable computers; handheld computers; computer peripherals;

personal digital assistants; computer software for use in providing multiple user access to a global computer information network for searching, retrieving, transferring, manipulating and disseminating a wide range of information, computer firmware, namely, computer utility software and other computer software used to maintain and operate computer system all stored in a computer's read-only memory (ROM) or elsewhere in the computer's circuitry, and operating system software; computer and telecommunications networking hardware; computer and telecommunications networking software for wireless network communications and connectivity; networking servers; computer network adapters, switches, routers and hubs; wireless and wired modems and communication cards; mobile telephones; and parts therefor. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE CENTRINO & Design mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit LL.

(q)    Intel is the owner of U.S. Trademark Registration No. 3,003,871 issued on October 4, 2005, for the mark INTEL INSIDE CENTRINO & Design for use in connection with communication services namely, providing wireless access to global communications networks; telecommunication consulting services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE CENTRINO & Design mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit MM.

(r)    Intel is the owner of U.S. Trademark Registration No. 3,015,061 issued on November 15, 2005, for the mark INTEL INSIDE PENTIUM 4 HT & Design for use in connection with computers; computer hardware; semiconductors; microprocessors and other semiconductor devices; integrated circuits; computer chipsets; computer motherboards and daughterboards; microcomputers; computer workstations; software programmable processors; notebook and laptop computers; portable computers; handheld

21

computers; computer peripherals; computer software; computer firmware, namely, computer utility software and other computer software used to maintain and operate computer system all stored in a computer's read-only memory (ROM) or elsewhere in the computer's circuitry, and operating system software; computer and telecommunications networking hardware and software; computer and network servers; computer network adapters, switches, routers and hubs; wireless and wired modems and communication cards and devices; testing apparatus for testing printed circuit boards parts and fittings for the aforementioned goods. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE PENTIUM 4 HT & Design mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit NN.

(s)     Intel is the owner of U.S. Trademark Registration No. 3,017,448 issued on November 22, 2005, for the mark INTEL INSIDE PENTIUM 4 HT EXTREME EDITION & Design for use in connection with computers; computer hardware; semiconductors; microprocessors and other semiconductor devices; integrated circuits; computer chipsets; computer motherboards and daughterboards; microcomputers; computer workstations; software programmable processors; notebook and laptop computers; portable computers; handheld computers; computer peripherals; computer software; computer firmware, namely, computer utility software and other computer software used to maintain and operate computer system all stored in a computer's read-only memory (ROM) or elsewhere in the computer's circuitry, and operating system software; computer and telecommunications networking hardware and software; computer and network servers; computer network adapters, switches, routers and hubs; wireless and wired modems and communication cards and devices; testing apparatus for testing printed circuit boards parts and fittings for the aforementioned goods. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE

COMPLAINT
Case No.

1    PENTIUM 4 HT EXTREME EDITION & Design mark pursuant to 15 U.S.C. § 1111. A

2    copy of this registration is attached hereto as Exhibit OO.

3    12.    Intel also owns U.S. trademark registrations for the following additional marks

4 within its INTEL family of marks: INTEL STRATAFLASH, INTEL SPEEDSTEP, INTEL

5 XSCALE, INTEL NETBURST, INTEL NETSTRUCTURE, and INTEL NETMERGE. Copies of

6 these registrations or evidence thereof are attached hereto as Exhibits PP through UU.

7    13.    Through its extensive use of the INTEL mark and trade name, Intel also owns

8 common law trademark rights in its INTEL trademark and trade name for all of the goods and

9 services and activities identified herein.

10    14.    Intel maintains an Internet website located at <http://www.intel.com>. Intel has used

11 its trade name and trademark as an Internet address in order to make it easy for customers to locate

12 Intel's website and to identify that the website is owned by Intel. Intel's website features the

13 INTEL mark, the INTEL INSIDE marks and Intel's many other INTEL composite marks.

14    15.    As a consequence of the extensive advertising, promotion and use of the INTEL

15 mark and the INTEL composite marks, and as result of the substantial sales that Intel has generated

16 under such marks, Intel has developed enormous recognition for its INTEL branded computer

17 products and services and has acquired and enjoys an immensely valuable reputation and

18 tremendous goodwill associated with the INTEL mark. The INTEL mark is world renowned, and is

19 a "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

20          **DEFENDANT'S BUSINESS AND TRADE NAME**

21    16.    On information and belief, Defendant uses the IntelAgents name as a trade name and

22 service mark in connection with the offering and performance of investigative and consulting

23 services to customers who are also potential and/or actual customers of Intel and who are familiar

24 with the INTEL brand and Intel's goods and services. On information and belief, Defendant also

25 uses the IntelAgents name in connection with a website located at <http://www.intelagents.net>.

26    17.    Although Defendant's corporate name contains the single word "IntelAgents,"

27 Defendant uses its mark in such a way as to separate and emphasize the "INTEL" portion of the

28 mark. For example, on Defendant's website at <http://www.intelagents.net>, the "INTEL" portion

23

1  of the mark is black in color, while the "AGENTS" portion of the mark is red in color.  In addition,

2  the "INTEL" portion of Defendant's mark is superscripted vis-à-vis the "AGENTS" portion of

3  mark, such that the horizontal line forming the bottom of the letter "L" in "INTEL" extends to form

4  the crossbar of the "A" in "AGENTS."  The overall effect is to make Defendant's mark appear to be

5  INTEL AGENTS.  A true and correct reproduction of Defendant's mark as used on Defendant's

6  website at <http://www.intelagents.net> is set forth below.

# INTEL<sub>AGENTS</sub>

9  18.    The IntelAgents name wholly and prominently incorporates the world-famous

10  INTEL trademark.  INTEL, as used by Defendant, and Plaintiff's famous INTEL mark are identical

11  in sound and in sight, and the addition of the generic term "agents" does little to add distinctive

12  value to Defendant's name.  Moreover, because the term "agents" is generic, INTEL is the

13  dominant and only distinctive element of the mark and trade name.

14  19.    Defendant's use of the IntelAgents name and mark has caused and is likely to

15  continue to cause confusion as to whether Defendant's services originate from or are sponsored by

16  Intel, or whether there is an association or affiliation between Defendant and Intel.  Defendant's acts

17  also are likely to dilute and/or have diluted the famous INTEL trademark by blurring its

18  distinctiveness and its unique source-identifying quality.

19  20.    After learning of Defendant's use of IntelAgents, Intel contacted Defendant and

20  expressed its concerns, and since that time, Intel has repeatedly tried to resolve this matter with

21  Defendant.  However, despite Intel's efforts, Defendant has refused to change its name, leaving

22  Intel no choice but to file this Complaint.

23

24

**FIRST CAUSE OF ACTION**
**FEDERAL TRADEMARK DILUTION (15 U.S.C. § 1125(c))**

25  21.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

26  1 through 20 of this Complaint.

27

28

24

COMPLAINT
Case No.

22.     The INTEL mark is world-renowned. It is a famous mark that is widely recognized by consumers, businesses and industry, and identifies the products and services of Intel in the minds of consumers.

23.     Defendant's unauthorized commercial use of the IntelAgents name and mark began after the INTEL mark had become famous.

24.     Defendant's unauthorized use of a trade name and trademark that so prominently incorporates the INTEL mark in connection with the offering of Defendant's services is likely to dilute and may already be diluting the strength of the INTEL mark, which consumers, businesses, and industry now associate with Intel and its products and services.

25.     Defendant's unauthorized use of the IntelAgents name and mark has, and will continue to have, an adverse effect upon the distinctive quality of the INTEL mark. Defendant's acts are likely to blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.

26.     Defendant's acts are likely to dilute the value of Intel's goodwill in connection with the INTEL mark and to destroy the exclusive association between Intel and its INTEL and INTEL composite marks.

27.     Defendant's acts constitute trademark dilution in violation of the Federal Trademark Dilution Act of 1995 (15 U.S.C. § 1125(c)), as amended by the Federal Trademark Dilution Revision Act of 2006.

28.     The intentional and willful nature of Defendant's aforementioned acts makes this an exceptional case under 15 U.S.C. § 1125(c)(2) and 15 U.S.C. § 1117(a).

29.     Intel has been, is now, and will be irreparably harmed by Defendant's aforementioned acts, and unless such acts are enjoined by this Court, Defendant will continue to dilute the distinctive and identity-evoking quality of the INTEL mark. There is no adequate remedy at law for the harm caused by Defendant's aforementioned acts in violation of 15 U.S.C. § 1125(c).

## SECOND CAUSE OF ACTION
## DILUTION UNDER CALIFORNIA LAW
## (CAL. BUS. & PROF. CODE §§ 14330, *et seq.*)

COMPLAINT
Case No.

30.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 29 of this Complaint.

31.    Intel owns and has used the term INTEL as a distinctive trade name, trademark and service mark throughout the United States and the world in connection with a wide variety of goods and services for more than 30 years.  By reason of Intel's longstanding and extensive use of its distinctive INTEL mark on a wide variety of products and services, the widespread public identification of that mark with Intel's products and services, and the commercial success of the INTEL branded products and services, the INTEL mark is exceedingly well-known and famous around the world, as well as within the State of California.

32.    Defendant's unauthorized commercial use of the INTEL mark in the State of California as a prominent part of its trademark and trade name began after the INTEL mark had become famous.

33.    Defendant's unauthorized use of the INTEL mark, as complained of herein, is likely to dilute, has diluted, and/or will continue to dilute the distinctiveness and identity-evoking quality of the INTEL mark and trade name in violation of California Business & Professional Code §§ 14330, et seq.

34.    Defendant's wrongful acts of dilution have caused, and are causing, irreparable harm to Intel for which there is no adequate remedy at law.

35.    Pursuant to California Business & Professional Code §§ 14330, et seq., Intel is entitled to preliminary and permanent injunctive relief enjoining and restraining Defendant from engaging in any further acts of dilution.

## THIRD CAUSE OF ACTION
## TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

36.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 35 of this Complaint.

26

37.    Prior to Defendant's adoption and use of the IntelAgents mark and trade name, Defendant either had actual notice and knowledge, or constructive notice (pursuant to 15 U.S.C. § 1072), of Intel's ownership and registrations of the INTEL mark.

38.    On information and belief, Defendant was aware of Intel's business and its INTEL mark and registrations prior to Defendant's adoption and use of IntelAgents in connection with its business.

39.    On information and belief, Defendant deliberately and willfully used and is using the IntelAgents trade name and mark in an attempt to trade on the enormous goodwill, reputation and selling power established by Intel under the INTEL mark.

40.    On information and belief, Defendant has used IntelAgents as a trademark and trade name in interstate commerce, including in this judicial district.

41.    On information and belief, the goods and services offered and/or sold by Defendant under the IntelAgents name and mark are moving and will continue to move through the same channels of trade, and are being offered and/or sold through the same channels of advertising and to the same consumer groups, as the goods and services that are offered and sold by Intel under the INTEL mark and the other INTEL composite marks.

42.    Intel has not consented to Defendant's use of the IntelAgents trade name and mark.

43.    Defendant's unauthorized use of the INTEL mark as a key component of its trade name and mark falsely indicates to consumers that Defendant's goods and/or services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's OEM Licensees, and/or the products and services of Intel and the OEM Licensees.

44.    Defendant's unauthorized use of IntelAgents also is likely to cause consumers to be confused as to the source, nature and quality of the goods and/or services that Defendant is selling in connection with the IntelAgents trade name and trademark.

45.    Defendant's unauthorized use of IntelAgents, as set forth herein, facilitates the acceptance of Defendant's goods and/or services throughout the marketplace, not based on the merits of the goods and services provided by Defendant, but on the association that the public is likely to make with Intel and the reputation and goodwill associated with Intel's goods and services.

27

COMPLAINT
Case No.

1    46.    Defendant's unauthorized use of the IntelAgents name and mark deprives Intel of the
2    ability to control the consumer perception of the quality of the goods and services marketed under
3    the INTEL mark, and instead, places Intel's valuable reputation and goodwill into the hands of
4    Defendant, over whom Intel has no control.

5    47.    The aforementioned activities of Defendant are likely to cause confusion or mistake,
6    or to deceive consumers or potential consumers wishing to purchase Intel's products and services.

7    48.    The aforementioned acts of Defendant constitute federal trademark infringement in
8    violation of 15 U.S.C. § 1114.

9    49.    The intentional and willful nature of Defendant's acts makes this an exceptional case
10    under 15 U.S.C. § 1117(a).

11    50.    Intel has been, is now, and will be irreparably harmed by Defendant's
12    aforementioned acts of infringement, and unless enjoined by the Court, Defendant will continue to
13    infringe upon the INTEL mark. There is no adequate remedy at law for the harm caused by the acts
14    of infringement alleged herein.

15
16
**FOURTH CAUSE OF ACTION**
**TRADE NAME INFRINGEMENT (15 U.S.C. § 1125(A))**

17
18    51.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs
19    1 through 50 of this Complaint.

20    52.    Intel's INTEL trade name is strong and distinctive. A substantial portion of the
21    consuming public uniquely associates the trade name INTEL with Intel's business. The consuming
22    public's association of the INTEL trade name with Plaintiff's business occurred prior to
23    Defendant's first commercial use of the trade name IntelAgents.

24    53.    Defendant's unauthorized use of INTEL as a prominent component of its trade name
25    falsely suggests that Defendant's business is connected with, sponsored by, affiliated with, or
26    related to Intel.

27    54.    Defendant's unauthorized use of IntelAgents, as alleged herein, constitutes trade
28    name infringement in violation of 15 U.S.C. § 1125(a).

28                                                            COMPLAINT
                                                            Case No.

1    55.    The intentional and willful nature of Defendant's aforementioned acts makes this an
2  exceptional case pursuant to 15 U.S.C. § 1117.

3    56.    Intel has been, is now, and will be irreparably harmed by Defendant's
4  aforementioned acts of infringement, and unless enjoined by the Court, Defendant will continue to
5  infringe upon the INTEL mark. There is no adequate remedy at law for the harm caused by the acts
6  of infringement alleged herein.

7
## FIFTH CAUSE OF ACTION
8
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

9
10    57.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs
11  1 through 56 of this Complaint.

12    58.    Defendant's unauthorized use of INTEL as a prominent part of its trade name and
13  trademark falsely suggests that its goods and/or services are connected with, sponsored by, affiliated
14  with, or related to Intel.

15    59.    Defendant's unauthorized use of IntelAgents constitutes a false designation of origin
16  in violation of 15 U.S.C. § 1125(a).

17    60.    The intentional and willful nature of Defendant's aforementioned acts makes this an
18  exceptional case pursuant to 15 U.S.C. § 1117.

19    61.    Intel has been, is now, and will be irreparably harmed by Defendant's
20  aforementioned acts, and, unless enjoined by the Court, Defendant's unauthorized use of
21  IntelAgents will continue, and there is no adequate remedy at law for the harm caused by the acts
22  alleged herein.

23
## SIXTH CAUSE OF ACTION
24
## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

25    62.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs
26  1 through 61 of this Complaint.
27
28

29                                                          COMPLAINT
                                                            Case No.

1    63.    On information and belief, Defendant's conduct constitutes deception, by means of

2    which Defendant's goods and services have been palmed off as those of Intel, whereby buyers are

3    likely to be deceived and/or have been deceived. Such conduct constitutes unfair competition and

4    trademark infringement in violation of the common law of the State of California.

5    64.    Intel has used its distinctive INTEL mark and trade name in connection with a wide

6    variety of goods and services for more than 30 years. By reason of Intel's longstanding and

7    extensive use, the INTEL mark and trade name has become uniquely associated with Intel and

8    identifies Intel as the source of those goods and services.

9    65.    Defendant's unauthorized use of the INTEL mark and trade name has caused or is

10    likely to cause confusion or mistake, or is likely to deceive customers, consumers, the general

11    public and the retail trade as to the affiliation, connection or association between Intel and

12    Defendant, and as to the origin, sponsorship or other association of Intel's goods and services and

13    the goods and services offered by Defendant.

14    66.    By reason of the foregoing, Defendant has infringed and is continuing to infringe on

15    Intel's common law rights in and to its INTEL mark and trade name.

16    67.    Defendant's unlawful conduct has been and continues to be willful or willfully blind,

17    and knowing or with reason to know.

18    68.    Intel has been, is now, and will be irreparably harmed by Defendant's

19    aforementioned acts of infringement and unfair competition, and unless enjoined by the Court,

20    Defendant's wrongful acts will continue. As there is no adequate remedy at law, Intel is entitled to

21    a preliminary and permanent injunctive relief, enjoining and restraining Defendant from engaging in

22    further infringement and unfair competition.

23

24                         **SEVENTH CAUSE OF ACTION**
                              **UNFAIR COMPETITION**
25                   **(CAL. BUS. & PROF. CODE §§ 17200, *et seq.*)**

26    69.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

27    1 through 68 of this Complaint.

28

                                    30                         COMPLAINT
                                                                Case No.

1      70.    Defendant's acts described above constitute unfair competition in violation of

2   California Business and Professional Code §§ 17200, *et seq*., as they are likely to deceive the

3   public.

4      71.    Defendant's acts of unfair competition have caused and will continue to cause Intel

5   irreparable harm. Intel has no adequate remedy at law for Defendant's unfair competition.

6      72.    Intel is entitled to a preliminary and permanent judgment enjoining and restraining

7   Defendant from engaging in further acts of unfair competition.

## PRAYER FOR RELIEF

9      WHEREFORE, Intel respectfully prays for relief as follows:

10     1.     Entry of an order and judgment requiring that Defendant, its officers, agents,

11  servants, employees, owners and representatives, and all other persons, firms or corporations in

12  active concert or participation with them, be preliminarily and thereafter permanently enjoined

13  and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain

14  name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable

15  imitation of this mark, including without limitation the IntelAgents name and mark; (b) doing

16  any act or thing calculated or likely to cause confusion or mistake in the minds of members of

17  the public, or prospective customers of Intel's products, as to the source of the products offered,

18  distributed or sold by Defendant, or likely to deceive members of the public or prospective

19  customers into believing that there is some connection between Defendant and Intel (or any of

20  Intel's OEM Licensees); and (c) committing any acts that will tarnish, blur or dilute, or have the

21  tendency to tarnish, blur or dilute, the distinctive quality of the famous INTEL mark;

22     2.     A judgment ordering Defendant, pursuant to 15 U.S.C. §1116(a), to file with this

23  Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing

24  under oath setting forth in detail the manner and form in which Defendant has complied with the

25  injunction and implemented adequate and effective means to either discontinue doing business

26  and/or discontinue offering or selling goods or services bearing the IntelAgents mark and trade

27  name:

28

31                                    COMPLAINT
                                      Case No.

3. A judgment ordering Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate all articles, packages, wrappers, products, displays, labels, signs, circulars, kits, packaging, letterheads, business cards, literature, materials, receptacles and any other matter in the possession, custody, or under the control of Defendant or its agents or distributors bearing the INTEL mark in any form or manner whatsoever, or any mark that is confusingly similar to or a colorable imitation of the INTEL mark (including, without limitation, the IntelAgents mark and trade name), both alone and in combination with other words or terms, and all plates, molds, matrices, and other means of making the same;

4. A judgment requiring, pursuant to 15 U.S.C. § 1117, that Defendant account for and disgorge to Intel all of the profits realized by Defendant and all others acting in active concert or participation with Defendant, relating to the use of the IntelAgents mark and trade name, and, as the Court may deem appropriate and just in this regard, any additional amounts pursuant to 15 U.S.C. § 1117;

5. A judgment awarding Intel three (3) times Defendant's profits from its use of the IntelAgents mark and trade name, together with Intel's reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117(a) and (b);

6. A judgment that Intel recover the costs of this action, plus interest;

7. A judgment in connection with the above claims and as allowed under law, awarding punitive damages in favor of Intel in an amount to be determined; and

8. A judgment granting Intel such other and further relief as the Court deems just and proper.

32

1    Dated: July 16, 2007                    FISH & RICHARDSON P.C.

2

3                                            By: _____

4                                                Lisa M. Martens

5                                                Gregory M. Krakau
                                                 Attorneys for Plaintiff
6    10724955.DOC                                INTEL CORPORATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        33                          COMPLAINT
                                                                    Case No.