# Exhibit A

Int. Cl.: 9

Prior U.S. Cl.: 21

No. 914,978

United States Patent and Trademark Office      Registered June 15, 1971

30 Year Renewal                                 Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-325,488, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# Exhibit B

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 938,772

Registered July 25, 1972

Renewal Term Begins July 25, 1992

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: EQUIPMENT FOR THE TESTING AND PROGRAMMING OF INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 26 (INT. CL. 9).

FIRST USE 1-15-1971; IN COMMERCE 1-15-1971.

SER. NO. 72-384,319, FILED 2-19-1971.

# Exhibit C

Int. Cl.: 9

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 939,641
Registered Aug. 1, 1972
Renewal Term Begins Aug. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

# Exhibit D

Int. Cl.:

Prior U.S. Cl.:    , 26



# United States Patent Office

**Reg. No. 1,022,563**
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.  95051

For: MICROCOMPUTERS, MICROCONTROLLERS
AND MICROPROCESSORS, in CLASS 9 (U.S. CLS.
21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

# Exhibit E

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,171,778

## United States Patent and Trademark Office

Registered July 7, 1998

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950523119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7-6-1971; IN COMMERCE
7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,571,
AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit F

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER NETWORKING HARDWARE; COMPUTER NETWORK ADAPTORS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER COMPONENT TESTING AND CALIBRATING ELECTRONIC UNITS; SET-TOP BOXES, NAMELY, ELECTRONIC CONTROL BOXES FOR THE INTERFACE AND CONTROL OF COMPUTER AND GLOBAL COMPUTER NETWORKS WITH TELEVISION AND CABLE BROADCAST EQUIPMENT, TELECONFERENCING EQUIPMENT, AND VIDEO CONFERENCING EQUIPMENT, COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING THE GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS; APPARATUS AND EQUIPMENT FOR USE IN VIDEO-CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING; CAMERAS AND DIGITAL CAMERAS FOR USE WITH COMPUTERS, HEADSETS FOR USE WITH COMPUTERS, COMPUTER SOFTWARE, TELECONFERENCING EQUIPMENT AND VIDEO CONFERENCING EQUIPMENT; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,493, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# Exhibit G

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

# Exhibit H

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit I

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,573,324
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
 RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8-1-1971; IN COMMERCE
8-1-1971.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,931, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

# Exhibit J

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP, DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# Exhibit K

Int. Cls.: 18, 2    nd 25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

### TRADEMARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# Exhibit L

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,194,121
Registered Oct. 6, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, JOURNALS, OPERATING MANUALS, USERS GUIDES, PAMPHLETS, AND BROCHURES ABOUT, FOR USE WITH AND DIRECTED TO USERS OF, COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS; COMPUTER SYSTEM TOOLS; COMPUTER SYSTEM UTILITIES; COMPUTER APPLICATION SOFTWARE; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; COMPUTER COMPONENTS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; AND COMPUTER HARDWARE AND SOFTWARE FOR DEVELOPMENT, TESTING, PROGRAMMING, AND PRODUCTION OF HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-1969; IN COMMERCE 3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,524, 1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit M

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,962

Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,
PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit N

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,251,961

## United States Patent and Trademark Office

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit O

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,250,491

## United States Patent and Trademark Office

Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST   USE   10-0-1993;   IN   COMMERCE
10-0-1993.

OWNER   OF   U.S.   REG.   NOS.   1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit P

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,254,525
Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit Q

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,261,531

Registered July 13, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS
TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit R

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,276,580

United States Patent and Trademark Office

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# Exhibit S

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,742,174

## United States Patent and Trademark Office    Registered July 29, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# Exhibit T

**Int. Cls.: 9 and 42**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101**

**United States Patent and Trademark Office**

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

### INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

# Exhibit U

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 3,136,102
Registered Aug. 29, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

# Exhibit V

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**Reg. No. 3,173,391**

United States Patent and Trademark Office    Registered Nov. 21, 2006

**SERVICE MARK**
**PRINCIPAL REGISTER**

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

# Exhibit W

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,702,463
Registered July 21. 1992

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,672, FILED 4-22-1991.

TODD BRAVERMAN, EXAMINING ATTOR-
NEY

# Exhibit X

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,705,796
Registered Aug. 4, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
.RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST   USE   1-0-1992;   IN   COMMERCE
1-0-1992
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 6-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

# Exhibit Y

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,179,209
Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# Exhibit Z

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,188,280
Registered Sep. 8, 1998

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE, COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE, COMPUTER HARDWARE, COMPUTER PERIPHERALS, INTEGRATED CIRCUITS, INTEGRATED CIRCUIT CHIPS, SEMICONDUCTOR PROCESSORS, SEMICONDUCTOR PROCESSOR CHIPS, MICROPROCESSORS, PRINTED CIRCUIT BOARDS, ELECTRONIC CIRCUIT BOARDS, COMPUTER MEMORY DEVICES, SEMICONDUCTOR MEMORY DEVICES, VIDEO CIRCUIT BOARDS, AUDIO CIRCUIT BOARDS, AUDIO-VIDEO CIRCUIT BOARDS, VIDEO GRAPHIC ACCELERATORS, MULTIMEDIA ACCELERATORS, VIDEO PROCESSORS, FAX/MODEMS, COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND 1,705,796.

SN 75-168,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY