1  Lisa M. Martens (SBN 195824)
   Gregory M. Krakau (SBN 248607)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, California 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  Attorneys for Plaintiff
   INTEL CORPORATION

E-FILING

Filed

JUL 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

INTEL CORPORATION,
a Delaware corporation,

           Plaintiff,

      v.

INTELAGENTS, LLC,
a Maryland limited liability company,

           Defendant.

Case No. C 07 03650

**INTEL CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff Intel Corporation, by and through their undersigned counsel discloses the following information pursuant to Federal Rule Of Civil Procedure 7.1:

There are no corporate entities to disclose under Federal Rule of Civil Procedure 7.1

Dated: July 16, 2007

FISH & RICHARDSON P.C.

By: _____
    Lisa M. Martens
    Gregory M. Krakau
Attorneys for Plaintiff
INTEL CORPORATION

10754598.DOC

1   INTEL CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
    Case No.