**\*E-FILED\***
**July 18, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, | No. C 07-03650 RS |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| INTELAGENTS, LLC, | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: July 18, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Lisa Marie Martens     martens@fr.com, pino@fr.com

Dated: July 18, 2007

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2