**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 18, 2007

**CASE NUMBER: CV 07-03650 RS**
**CASE TITLE: INTEL CORPORATION-v-INTELAGENTS, LLC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Case Assigned to the Honorable Elizabeth D. LaPorte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/18/07

FOR THE EXECUTIVE COMMITTEE:

_____
*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 7/18/07

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                 Transferor CSA