Lisa M. Martens (SBN 195824)
Gregory M. Krakau (SBN 248607)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| INTEL CORPORATION,<br>a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>INTELAGENTS, LLC,<br>a Maryland limited liability company,<br><br>            Defendant. | Case No. C 07-03650 EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Intel Corporation hereby voluntarily dismisses the above-referenced action.

Dated: September 12, 2007            FISH & RICHARDSON P.C.


                                     By: s/ Lisa M. Martens
                                         _____
                                         Lisa M. Martens
                                         Gregory M. Krakau
                                     Attorneys for Plaintiff
                                     INTEL CORPORATION

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On September 12, 2007, I caused a copy of the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

George Gottlieb, Esq.                           Attorneys For Defendant
GOTTLIEB, RACKMAN & REISMAN, P.C.    INTELAGENTS, LLC
270 Madison Avenue
New York, New York 10016-0601
ggottlieb@grr.com

| X | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
|---|---|---|
|   | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
|   | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
|   | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on September 12, 2007, at San Diego, California.

                          s/Nicole C. Pino
                             Nicole C. Pino

10772306.DOC