UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| INTEL CORPORATION,<br>a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTELAGENTS, LLC,<br>a Maryland limited liability company,<br><br>　　　　　Defendant. | Case No. C 07-03650 EDL<br><br>**STIPULATED CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  September 17, 2007　　　　　　FISH & RICHARDSON P.C.


By:  s/ Lisa M. Martens
　　　Lisa M. Martens
　　　Gregory M. Krakau

Attorneys for Plaintiff
INTEL CORPORATION

1    Dated:  September 17, 2007                    GOTTLIEB, RACKMAN & REISMAN, P.C.

2

3                                                 By:  /s/ George Gottlieb
                                                      George Gottlieb, Esq.
4
                                                 Attorneys for Defendants
5                                                INTELAGENTS, LLC,

6

7            Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

8    penalty of perjury that concurrence in the filing of this document has been obtained from George

9    Gottlieb.

10
     Dated:  September 17, 2007                    FISH & RICHARDSON P.C.
11

12
                                                 By:  /s/ Lisa M. Martens
13                                                    Lisa M. Martens
                                                      Gregory M. Krakau
14
                                                 Attorneys for Plaintiff
15                                               INTEL CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2                          Case No. C 07-03650 EDL

**PROOF OF SERVICE**

      I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.

      I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

      On September 17, 2007, I caused a copy of the following document(s):

**STIPULATED CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| George Gottlieb, Esq. | Attorneys For Defendant |
| GOTTLIEB, RACKMAN & REISMAN, P.C. | INTELAGENTS, LLC |
| 270 Madison Avenue | |
| New York, New York 10016-0601 | |
| ggottlieb@grr.com | |

[X] **MAIL:**       Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:**       Such envelope was delivered by hand to the offices of the addressee.

[ ] **ELECTRONIC MAIL:**       Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

[ ] **FEDERAL EXPRESS:**       Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      I declare under penalty of perjury that the above is true and correct.  Executed on September 17, 2007, at San Diego, California.

                         s/Christine Le
                            Christine Le

10774568.DOC